**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 750 |
| | : | |
| APPOINTMENT TO THE DOMESTIC | : | CIVIL PROCEDURAL RULES DOCKET |
| RELATIONS PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 11th day of March, 2024, the Honorable Alita A. Rovito, Chester County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of five years, commencing April 1, 2024.